## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA *et al.* *ex rel.* JULIE LONG,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JANSSEN BIOTECH, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 16-CV-12182-FDS |

### PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND A COMPLETE AND PROPER PRIVILEGE LOG

Pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 37.1, plaintiff-relator Julie Long respectfully moves for an order compelling defendant Janssen Biotech, Inc., to produce the following discovery within 10 days:

A. A complete privilege log identifying all documents withheld under a claim of privilege and providing sufficient detail to enable Plaintiff to assess the propriety of the privilege asserted;

B. Requested documents that are in the possession of current and former employees known to have discoverable information;

C. Documents responsive to Requests for Production 8 and 21-27 located in its corporate files and possessed by current and former employees known to have discoverable information;

D. All documents responsive to Requests for Production 4, 6, 7, 16, 31 and 34; and

E. All relevant documents in Karen Trahan's and Plaintiff's electronic files that pre-date October 28, 2006.

For the reasons more fully set forth in the accompanying Memorandum of Law in support of this motion, and the exhibits thereto, Plaintiff requests that this motion be granted.

## REQUEST FOR ORAL ARGUMENT

Plaintiff requests oral argument on this motion.

Dated: December 3, 2021     Respectfully submitted,

/s/ Theodore J. Leopold
Theodore J. Leopold (admitted pro hac vice)
Leslie M. Kroeger (admitted pro hac vice)
Diana L. Martin (admitted pro hac vice)
Poorad Razavi (admitted pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400
tleopold@cohenmilstein.com
lkroeger@cohenmilstein.com
dmartin@cohenmilstein.com
prazavi@cohenmilstein.com

Casey M. Preston (admitted pro hac vice)
Gary L. Azorsky (admitted pro hac vice)
Jeanne A. Markey (admitted pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
(267) 479-5700
cpreston@cohenmilstein.com
gazorsky@cohenmilstein.com
jmarkey@cohenmilstein.com

Jonathan Shapiro (BBO No. 454220)
SHAPIRO & TEITELBAUM LLP
90 Canal Street, Suite 120
Boston, MA 02116
(617) 742-5800
jshapiro@jsmtlegal.com

**Counsel for Plaintiff Relator Julie Long**

## LOCAL RULES 7.1 AND 37.1 CERTIFICATION

In accordance with Local Rules 7.1(a)(2) and 37.1(a), counsel for plaintiff-relator Julie Long certify that they conferred with counsel for defendant Janssen Biotech, Inc., in a good faith effort to resolve or narrow the issues presented in this motion but were unable to do so.

/s/ Theodore J. Leopold
Theodore J. Leopold (admitted pro hac vice)

## CERTIFICATE OF SERVICE

I hereby certify on this 3rd day of December, 2021, that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Theodore J. Leopold
Theodore J. Leopold (admitted pro hac vice)