UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA *et al.* *ex rel.* JULIE LONG,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JANSSEN BIOTECH, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 16-CV-12182-FDS |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO
PROVIDE COMPLETE ANSWERS TO INTERROGATORIES
15, 20 & 22 AND TO SUPPLEMENT ITS INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 37.1, plaintiff-relator Julie Long respectfully moves for an order requiring defendant Janssen Biotech, Inc., to provide within seven days complete answers to Interrogatories 20 and 22 and Amended Interrogatory 15. Plaintiff further moves for an order requiring Janssen to supplement its initial disclosures in accordance with Federal Rule of Civil Procedure 26(e)(1)(A) within seven days.

For the reasons set forth in the accompanying Memorandum of Law in support of this motion, and the exhibits thereto, Plaintiff requests that this motion be granted.

**REQUEST FOR ORAL ARGUMENT**

Plaintiff requests oral argument on this motion.

Dated: April 25, 2022                                  Respectfully submitted,

/s/ Casey M. Preston
Casey M. Preston (admitted pro hac vice)
Gary L. Azorsky (admitted pro hac vice)
Jeanne A. Markey (admitted pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
(267) 479-5700
cpreston@cohenmilstein.com
gazorsky@cohenmilstein.com
jmarkey@cohenmilstein.com

Theodore J. Leopold (admitted pro hac vice)
Leslie M. Kroeger (admitted pro hac vice)
Diana L. Martin (admitted pro hac vice)
Poorad Razavi (admitted pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400
tleopold@cohenmilstein.com
lkroeger@cohenmilstein.com
dmartin@cohenmilstein.com
prazavi@cohenmilstein.com

Jonathan Shapiro (BBO No. 454220)
SHAPIRO & TEITELBAUM LLP
90 Canal Street, Suite 120
Boston, MA 02116
(617) 742-5800
jshapiro@jsmtlegal.com

***Counsel for Plaintiff Relator Julie Long***

## LOCAL RULES 7.1 AND 37.1 CERTIFICATION

In accordance with Local Rules 7.1(a)(2) and 37.1(a), counsel for plaintiff-relator Julie Long certify that they conferred with counsel for defendant Janssen Biotech, Inc., in a good faith effort to resolve or narrow the issues presented in this motion but were unable to do so.

/s/ Casey M. Preston
Casey M. Preston (admitted pro hac vice)

## CERTIFICATE OF SERVICE

I hereby certify on this 25th day of April, 2022, that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Casey M. Preston
Casey M. Preston (admitted pro hac vice)