UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* JULIE LONG,<br><br>                    *Plaintiffs,*<br><br>v.<br><br>JANSSEN BIOTECH, INC.,<br><br>                    *Defendant.* | Civil Action No. 16-CV-12182-FDS |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Upon consideration of Defendant Janssen Biotech, Inc.'s Motion for Judgment on the Pleadings, the Court hereby **GRANTS** Defendant's Motion.

IT IS ORDERED that the Motion is **GRANTED**. It is further ORDERED that all the Remaining claims against Defendant Janssen Biotech, Inc. in the Second Amended Complaint are dismissed with prejudice.

IT IS SO ORDERED.

_____
The Honorable Chief Judge F. Dennis Saylor IV
United States District Judge

DATED: _____, 2023