```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS



  THE UNITED STATES OF AMERICA,      )
  ex rel.                            )
  JULIE LONG,                        )  Civil Action
                                     )
                  Plaintiffs         )  No. 16-12182-FDS
                                     )
                                     )
  vs.                                )
                                     )
  JANSSEN BIOTECH, INC.,
                  Defendant



  BEFORE:  CHIEF JUDGE F. DENNIS SAYLOR, IV



                    TELEPHONE STATUS CONFERENCE




        John Joseph Moakley United States Courthouse
                       1 Courthouse Way
                       Boston, MA 02210



                       October 28, 2020
                          3:07 p.m.




             Valerie A. O'Hara, FCRR, RPR
                  Official Court Reporter
        John Joseph Moakley United States Courthouse
                       1 Courthouse Way
                       Boston, MA 02210
                  E-mail: vaohara@gmail.com
```

```
 1   APPEARANCES VIA TELEPHONE:

 2   For The Relators:

 3       Cohen Milstein Sellers & Toll PLLC, by CASEY M. PRESTON,
     ESQ., 1717 Arch Street, Suite 3610, Philadelphia, Pennsylvania
 4   19103;

 5       Shapiro & Teitelbaum LLP, by JONATHAN SHAPIRO, ESQ.,
     55 Union Street, Suite 500, 4th Floor
 6   Boston, Massachusetts 02108;

 7       Cohen Milstein Sellers & Toll, PLLC, by GARY L. AZORSKY,
     ESQ., 1717 Arch Street, Suite 3610
 8   Philadelphia, Pennsylvania 19103;

 9   For the Defendant:

10       Covington & Burling LLP, by ETHAN M. POSNER, ESQ.,
     850 Tenth Street, NW, Washington, D.C. 20001-4956.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

PROCEEDINGS

THE CLERK: In the matter of United States of vs. Janssen, Civil Action Number 16-12182.

Parties are reminded that recording and rebroadcasting of this hearing is prohibited and may result in sanctions.

Would counsel please identify themselves for the record beginning with plaintiff's counsel.

MR. SHAPIRO: All right, this is Jonathan Shapiro for the relator.

THE COURT: Good afternoon.

MR. PRESTON: This is Casey Preston of behalf of Julie Long.

THE COURT: Good afternoon.

MR. AZORSKY: This is Gary Azorsky for the relator as well.

THE COURT: Good afternoon. Thank you. All right. This is a status conference in this case. Janssen filed a request for additional time beyond the time set for the second amendment complaint, which I have granted, and I assume where we go from here is to a Rule 16 scheduling conference. Does anyone disagree? From the plaintiff?

MR. POSNER: This is Ethan Posner, by the way, from -- I'm on for the defendant, and two of my colleagues are on as well. Thank you for granting the extension. I

1   think we're prepared to hold the conference, you know, at
2   the appropriate scheduled time under the rules.
3           THE COURT: And anything else we ought to be
4   talking about or shall I just set a date for that?
5           MR. POSNER: No.
6           MR. PRESTON: On behalf of the plaintiffs, your
7   Honor, we're in agreement with Ms. Posner. The next step
8   would be that plaintiffs request that conference.
9           THE COURT: All right. How far out shall I put
03:09PM 10   this? Let me throw out a date. Let's see, how about
11   November the 17th at 12:00 noon?
12          MR. PRESTON: Your Honor, I'm trying to count
13  back.
14          THE COURT: Is that too quick?
15          MR. PRESTON: Yes, that's what I'm just trying to
16  see. The plan gets submitted to the Court at least seven
17  days before the scheduling conference. Yes, if we hold the
18  26th for the scheduling conference, that may be --
19          THE COURT: Let's build a few more days here.
03:10PM 20   MR. PRESTON: Yes, that's what I'm thinking.
21          THE COURT: Monday, November 23rd at noon, the
22  Monday before Thanksgiving.
23          MR. POSNER: That's fine with us, your Honor,
24  thanks.
25          MR. PRESTON: That would for the plaintiff as

1    well.
2           THE COURT:  All right.  Well reconvene at that
3    point hopefully on a telephone connection that works and
4    we'll talk then about the schedule.  Okay.  Thank you.
5           MR. PRESTON:  Thank you, your Honor.
6           MR. POSNER:  Thank you, your Honor.
7           (Whereupon, the hearing was adjourned at.
8    3:10 p.m.)
9                       C E R T I F I C A T E
10   UNITED STATES DISTRICT COURT )
11   DISTRICT OF MASSACHUSETTS ) ss.
12   CITY OF BOSTON )
13          I do hereby certify that the foregoing transcript,
14   Pages 1 through 5 inclusive, was recorded by me
15   stenographically at the time and place aforesaid in Civil
16   Action No. 16-12182-FDS, THE UNITED STATES OF AMERICA ex rel.
17   JULIE LONG vs. JANSSEN BIOTECH, INC., and thereafter by me
18   reduced to typewriting and is a true and accurate record of the
19   proceedings.
20          Dated September 20, 2023.
21                       s/s Valerie A. O'Hara
                         _____
22                       VALERIE A. O'HARA
                         OFFICIAL COURT REPORTER
23
24
25