```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


   THE UNITED STATES OF AMERICA,     )
   ex rel.                           )
   JULIE LONG,                       ) Civil Action
                                     )
                   Plaintiffs        ) No. 16-12182-FDS
                                     )
                                     )
   vs.                               )
                                     )
   JANSSEN BIOTECH, INC.,
                   Defendant


   BEFORE:  CHIEF JUDGE F. DENNIS SAYLOR, IV


                   TELEPHONE STATUS CONFERENCE




       John Joseph Moakley United States Courthouse
                     1 Courthouse Way
                     Boston, MA 02210



                   September 28, 2021
                      11:00 a.m.




              Valerie A. O'Hara, FCRR, RPR
                  Official Court Reporter
       John Joseph Moakley United States Courthouse
                     1 Courthouse Way
                     Boston, MA 02210
                E-mail: vaohara@gmail.com
```

```
 1   APPEARANCES VIA TELEPHONE:

 2   For The Relators:

 3        Cohen Milstein Sellers & Toll PLLC, by CASEY M. PRESTON,
     ESQ., 1717 Arch Street, Suite 3610, Philadelphia, Pennsylvania
 4   19103;

 5        Cohen Milstein Sellers & Toll, PLLC, THEODORE JON LEOPOLD,
     ESQ., DIANA MARTIN, ATTORNEY, and LESLIE KROEGER, ATTORNEY,
 6   11780 US Highway One, Suite 200, Palm Beach Gardens, Florida
     33408;
 7
          Cohen Milstein Sellers & Toll, PLLC, by GARY L. AZORSKY,
 8   ESQ., 1717 Arch Street, Suite 3610
     Philadelphia, Pennsylvania 19103;
 9

10   For the Defendant:

11        Covington & Burling LLP, by ETHAN M. POSNER, ESQ.,
     SARAH TREMONT, ATTORNEY, STACEY K. GRIGSBY, ATTORNEY,
12   and BRADLEY MARKANO, ESQ., 850 Tenth Street, NW,
     Washington, D.C. 20001-4956.
13
     ALSO PRESENT:
14
          United States Attorney's Office, DAVID J. DERUSHA,
15   ASSISTANT UNITED STATES ATTORNEY, and STEVEN T. SHAROBEM,
     ASSISTANT UNITED STATES ATTORNEY, 1 Courthouse Way,
16   Suite 9200, Boston, Massachusetts 02210.

17

18

19

20

21

22

23

24

25
```

|  |  |
|---|---|
| 1 | PROCEEDINGS |
| 2 | THE CLERK:  Court is now in session in the matter of |
| 3 | United States et al, vs. Janssen Biotech, Inc., Civil Action |
| 4 | Number 16-12182. |
| 5 | Participants are reminded that photographing, |
| 6 | recording or rebroadcasting of this hearing is prohibited and |
| 7 | may result in sanctions. |
| 8 | Would counsel please identify themselves for the |
| 9 | record, starting with the government. |
| 11:00AM 10 | MR. DERUSHA:  Good morning, your Honor, this is David |
| 11 | Derusha for the United States. |
| 12 | THE COURT:  Good morning. |
| 13 | MR. SHAROBEM:  Good morning.  This is Steven Sharobem |
| 14 | for the United States as well, your Honor. |
| 15 | THE COURT:  Good morning. |
| 16 | MR. LEOPOLD:  Your Honor, this is Ken Leopold on |
| 17 | behalf of the plaintiff relators.  Along with me from my firm, |
| 18 | Cohen Milstein, is Casey Preston, Gary Azorsky, Diana Martin |
| 19 | and Leslie Kroeger. |
| 11:00AM 20 | THE COURT:  Good morning. |
| 21 | MR. LEOPOLD:  Good morning. |
| 22 | MR. POSNER:  This is Ethan Posner from Covington & |
| 23 | Burling for the defendant.  I think we also have for the |
| 24 | defendant Stacy Grisby, Sarah Tremont and Bradley Markano. |
| 25 | Good morning. |

1    THE COURT: All right, good morning, all.  This is a
2  status conference in this case.  I have pending plaintiff's
3  motion to expand discovery and defendant's motion to enter a
4  scheduling order.
5    I think we can agree that we are at a stage where I
6  need to make that decision as to how the case proceeds from
7  this point forward.  Those motions became ripe yesterday, and
8  while my practice, for better, for worse, is I don't like to
9  read motions until I have the opposition in hand, it's easier
11:01AM 10  to keep an open mind.
11    I read them quickly yesterday, and in light of the
12  time, I have not had time to dig into this and think about it
13  clearly, and what I would like to do is not make that decision
14  now but to set a date soon for perhaps fleshing out the memos
15  with oral argument.  When I say soon, on the order of a week or
16  so.
17    I apologize if you were all geared up and ready to go
18  on that, but I had not had sufficient time to dig into it, so
19  that's how I would like to proceed, I guess, and does that
11:02AM 20  work, and is there anything else we need to take up?
21    I guess let me hear from the government or the
22  relator.
23    MR. LEOPOLD: Your Honor, this is Mr. Leopold for the
24  relator.  We look forward to addressing the issues with the
25  Court.  I would just raise one issue with the Court.  We do

1 have also a pending motion to compel, which I believe is ripe
2 as well.
3             THE COURT:  Was that referred to the magistrate judge?
4             MR. LEOPOLD:  We have not seen that yet, your Honor.
5             THE COURT:  That should have been referred.  Let me
6 double check on that.  It may have fallen through the cracks.
7 I'll have to look at that.  I don't remember.
8             MR. LEOPOLD:  Thank you, your Honor.
9             THE COURT:  I'll attend to that quickly.  All right.
11:03AM 10 Mr. Posner.
11             MR. POSNER:  Yes, your Honor, that plan sounds fine to
12 us, whenever it's convenient for your Honor.
13             THE COURT:  Let's do this then.  Let's have a we'll
14 call it a motion hearing.  Let's do it by Zoom.  I can do it at
15 12:00 noon on Friday, this coming Friday, the 1st.  Would that
16 work?
17             MR. POSNER:  That's fine for us.
18             MR. LEOPOLD:  That's fine with us.
19             THE COURT:  We'll do a hearing on cross-motions,
11:04AM 20 depending on we'll either make that decision at the time of the
21 hearing or at the conclusion of the hearing or quickly
22 thereafter, and I will take a look at this discovery motion and
23 see where that lands.  Okay.  Anything else?
24             MR. POSNER:  Not for relator, your Honor, thank you
25 for your time.

1   MR. LEOPOLD:  Nothing for defendant.  Thank you.

2   THE COURT:  Thank you.  We'll stand in recess.

3   (Whereupon, the hearing was adjourned at

4   11:04 a.m.)

5

6   C E R T I F I C A T E

7

8   UNITED STATES DISTRICT COURT )

9   DISTRICT OF MASSACHUSETTS ) ss.

10  CITY OF BOSTON )

11      I do hereby certify that the foregoing transcript,

12  Pages 1 through 6 inclusive, was recorded by me

13  stenographically at the time and place aforesaid in Civil

14  Action No. 16-12182-FDS, THE UNITED STATES OF AMERICA ex rel.

15  JULIE LONG vs. JANSSEN BIOTECH, INC., and thereafter by me

16  reduced to typewriting and is a true and accurate record of the

17  proceedings.

18      Dated September 20, 2021.

19          s/s Valerie A. O'Hara

20          _____
            VALERIE A. O'HARA
            OFFICIAL COURT REPORTER

21

22

23

24

25