UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA *et al.* *ex rel.* JULIE LONG,<br><br>      Plaintiffs,<br><br>      v.<br><br>JANSSEN BIOTECH, INC.,<br><br>      Defendant. | Civil Action No.<br>16-12182-FDS |

**JOINT STATUS REPORT FOR MARCH 13, 2024 STATUS CONFERENCE**

Plaintiff-Relator Julie Long ("Relator") and Defendant Janssen Biotech, Inc. ("Defendant") submit this brief joint status report in advance of the March 13, 2024 status conference, ECF No. 436, to apprise the Court of the results of parties' recent discussions regarding two of the issues identified in the parties' filings requesting a status conference, ECF Nos. 410–411, 424–435, 429.

Subject to the Court's views, the Parties have reached agreement on the following:

1. The parties agree that September 30, 2024 is an appropriate date for the completion of Phase One fact discovery.

2. Defendant does not oppose an increase in the number of fact witness depositions Relator may take from 15 to 20, and the parties agree that Relator may only seek a further increase to the number of fact depositions for good cause.

The Parties look forward to discussing the other issues raised in their filings, and any additional issues the Court may wish to address, at the status conference.

Dated: March 12, 2024

Respectfully Submitted,

*s/Jason C. Raofield*  
Jason C. Raofield (BBO No. 641744)  
Ethan M. Posner (admitted *pro hac vice*)  
Matthew F. Dunn (admitted *pro hac vice*)  
Nicholas O. Pastan (admitted *pro hac vice*)  
COVINGTON & BURLING LLP  
One CityCenter  
850 Tenth Street, NW  
Washington, DC 20001  
(202) 662-6000  
jraofield@cov.com  
eposner@cov.com  
mdunn@cov.com  
npastan@cov.com  

*Counsel for Defendant Janssen Biotech, Inc.*

*s/Casey M. Preston*  
Casey M. Preston (admitted *pro hac vice*)  
Gary L. Azorsky (admitted *pro hac vice*)  
Jeanne A. Markey (admitted *pro hac vice*)  
Adnan Toric (admitted *pro hac vice*)  
COHEN MILSTEIN SELLERS & TOLL PLLC  
1717 Arch Street, Suite 3610  
Philadelphia, PA 19103  
(267) 479-5700  
cpreston@cohenmilstein.com  
gazorsky@cohenmilstein.com  
jmarkey@cohenmilstein.com  
atoric@cohenmilstein.com  

Theodore J. Leopold (admitted *pro hac vice*)  
Leslie M. Kroeger (admitted *pro hac vice*)  
Diana L. Martin (admitted *pro hac vice*)  
Poorad Razavi (*admitted pro hac vice*)  
COHEN MILSTEIN SELLERS & TOLL PLLC  
11780 U.S. Highway One, Suite N500  
Palm Beach Gardens, FL 33408  
(561) 515-1400  
tleopold@cohenmilstein.com  
lkroeger@cohenmilstein.com  
dmartin@cohenmilstein.com  
prazavi@cohenmilstein.com  

Jonathan Shapiro (BBO No. 454220)  
SHAPIRO & TEITELBAUM LLP  
90 Canal Street, Suite 120  
Boston, MA 02116  
(617) 742-5800  
jshapiro@jsmtlegal.com  

*Counsel for Plaintiff-Relator Julie Long*

**CERTIFICATE OF SERVICE**

      I hereby certify on this 12th day of March, 2024, that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                  *s/Jason C. Raofield*
                                                  Jason C. Raofield