# Exhibit A

Relator's March 26, 2024 Proposed Case Schedule

|   | EVENT | PROPOSED DUE DATE |
|---|---|---|
| 1 | Completion of Phase One fact discovery | September 30, 2024 |
| 2 | Defendant's Phase One Motion for Summary Judgment including the disclosure of reports or affidavits* setting forth any expert opinions that Defendant seeks to present in support of its Phase One Motion for Summary Judgment [*the Court will determine whether it wants expert reports or affidavits] | 30 days from Event 1 |
| 3 | If expert testimony will be allowed or required in the Phase One Summary Judgment proceeding, completion of depositions of experts whose opinions Defendant seeks to present in support of its Phase One Motion for Summary Judgment | 30 days from Event 2 |
| 4 | Disclosure of reports or affidavits* setting forth any expert opinions that Plaintiff seeks to present in support of her opposition to Defendant's Phase One Motion for Summary Judgment [*the Court will determine whether it wants expert reports or affidavits] | 30 days from Event 3 |
| 5 | If expert testimony will be allowed or required in the Phase One Summary Judgment proceeding, completion of depositions of experts whose opinions Plaintiff seeks to present in support of her opposition to Defendant's Phase One Motion for Summary Judgment | 30 days from Event 4 |
| 6 | Plaintiff's opposition to Defendant's Phase One Motion for Summary Judgment | 14 days from Event 5 |
| 7 | Defendant's reply in further support of its Phase One Motion for Summary Judgment | 14 days from Event 6 |
| 8 | Plaintiff's sur-reply in further opposition to Defendant's Phase One Motion for Summary Judgment | 14 days from Event 7 |
| 9 | Decision on Defendant's Phase One Motion for Summary Judgment |  |
| 10 | Completion of Phase Two fact discovery | To be determined by the Court |
| 11 | Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed | 30 days from Event 10 |
| 12 | Completion of depositions of Plaintiff's trial experts | 30 days from Event 11 |
| 13 | Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed | 30 days from Event 12 |
| 14 | Completion of depositions of Defendant's trial experts | 30 days from Event 13 |
| 15 | Dispositive motions | 30 days from Event 14 |
| 16 | Oppositions to dispositive motions | 40 days from Event 15 |
| 17 | Reply brief in further support of dispositive motion | 14 days from Event 16 |
| 18 | Sur-Reply brief in further support of opposition to dispositive motion | 14 days from Event 17 |
| 19 | Initial pretrial conference | To be determined by the Court |
| 20 | Final pretrial conference / Trial | 2025 |