# EXHIBIT E

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

THE UNITED STATES OF AMERICA

ex rel. JULIE LONG,

        Plaintiffs,        Civil Action No.

vs.                    16-12182-FDS

JANSSEN BIOTECH, INC.,

        Defendant.

_____/


        The above-captioned deposition of MICHAEL

WOLFE was held via Zoom videoconference on Tuesday,

November 16, 2021, commencing at 10:11 a.m., before

Steven Poulakos, Notary Public.


REPORTED BY:  Steven Poulakos, RPR


HUDSON COURT REPORTING & VIDEO   1-800-310-1769

**New York**
**212-273-9911**      **Hudson Court Reporting & Video**
**1-800-310-1769**      **New Jersey**
**732-906-2078**

1    what education they needed in order to help support

2    patients who were being infused and then discuss

3    whether there was budget and then process for

4    confirming and moving forward in the development.

5        Q      Once you had that discussion with the

6    individual, what would then happen?  And by that, I

7    mean would they go back and talk amongst themselves

8    about a potential program to address the concerns or

9    issues that the ABSs were having in the field or would

10   you do something or both of you together, something of

11   that sort?

12       A      It would vary as I recall from time to time

13   and what the topic was.  Frequently one of the two

14   field directors and I would speak to an external

15   partner to begin developing an appropriate educational

16   program.

17       Q      And when you say external partner, I think

18   I know what you mean, but could you explain it for us,

19   please?

20       A      Yes.  We had a couple of external partners.

21   Depending on the topic, one would be a partner that

22   helped to develop -- that brought expertise to the

23   topic of infusion offices.  The second is a external

24   partner that was an expert in policy such as Medicare

25   and Medicaid and payer coding and reimbursement.  And

1    then the third was a what we used to call boutique

2    marketing firm that would actually develop slide decks.

3        Q       Would these three different external

4    partners work in conjunction with each other or they

5    would always work separately and apart from each other?

6        A       It depended on the topic.

7        Q       Could you identify the three external

8    partners?  When we say external, I'm assuming you're

9    talking about companies that are not part of Janssen or

10   J&J.  These were independent third-party companies?

11       A       Correct.

12       Q       Could you give me the names of them,

13   please?

14       A       Xcenda Resource Group, T -- these are

15   initials.  TJ Paul, P-A-U-L, and there was a fourth.

16   They somehow worked with Xcenda.  It was called Lash as

17   I recall.

18       Q       Could you tell us the purpose of going to

19   the marketing department first?  And by that, I mean

20   was it to get approval to go to the next step of

21   working with one of these third-party vendors for

22   educational materials?

23               MS. GRIGSBY:  Objection to form.

24               THE WITNESS:  Typically the process is -- I

25   mean, my -- my boss, the director of marketing, owned