# EXHIBIT F

```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
        ---------------------------X
        THE UNITED STATES OF       )
        AMERICA ex rel. JULIE      )
        LONG,                      )
                                   )
                 Plaintiffs,       )   Civil Action No.
                                   )
        vs.                        )   16-12182-FDS
                                   )
        JANSSEN BIOTECH, INC.,     )
                                   )
                 Defendant.        )
        ---------------------------X




          REMOTE VIDEOTAPED DEPOSITION OF THAO MARZULLO
            Tuesday, November 28, 2023; 10:31 a.m. EDT




        Reported by:  Cindy L. Sebo, RMR, CRR, RPR, CSR,
        CCR, CCR, CLR, RSA, NYRCR, NYACR, CA CSR 14409, NJ
        CCR 30XI00244600, NJ CRT 30XR00019500, Washington
        State CSR 23005926, Oregon CSR 230105, TN CSR 998,
        NM CSR 589, Remote Counsel Reporter, LiveLitigation
        Authorized Reporter, Notary Public
        HUDSON COURT REPORTING & VIDEO    (800) 310-1769
```

**New York**  
212-273-9911

**Hudson Court Reporting & Video**  
1-800-310-1769

**New Jersey**  
732-906-2078

1   Xillix, or was there someone else who -- from

2   Xillix that you dealt with?

3       A.   There was also Jim -- I can't recall

4   his last name, but he was a -- a member of Xillix.

5       Q.   Jim Foreman?

6       A.   Yes.  Thank you.

7       Q.   Okay.  And -- and so was --

8   Robert Alder and Jim Foreman were both heavily

9   involved in sort of creating strategy for site of

10  care marketing?

11           MR. RAOFIELD:  Objection to form.

12           THE WITNESS:  I think it's how you

13      define "heavily involved."

14  BY MR. PRESTON:

15      Q.   Well, I'm -- I'm asking you what --

16  what their level of involvement was.  I'm not --

17  I'm not concerned about whether they helped make a

18  pretty slide deck.  It's more about the substance

19  and content of the slide deck that I'm asking

20  about.

21           MR. RAOFIELD:  Objection to form.

22           THE WITNESS:  So most marketing

23      teams usually have what's called an "agency

24      of record."  And they, for the most part,

25      are the most consistent agency/vendor that

1      you work with to provide you strategic
2      support and tactical support, like
3      beautification of slide decks.
4            So if that's your definition of
5      "heavily involved," then that would be
6      Xillix, for the most part, within site of
7      care marketing.
8  BY MR. PRESTON:
9      Q.   I guess I'm -- I'm confused,
10  Ms. Marzullo.
11           I want -- I want -- forgot about --
12  I'm not interested if they -- what they did with
13  the slide deck.  I want to know what their
14  involvement was with the contents, with the actual
15  strategies and objectives that are set forth in
16  the slide deck.
17     A.   So, again, as my agency of record,
18  right, and providing strategic, like, consultation
19  and tactical support, most likely, I would have
20  gone to them and shared these versions, just like
21  kind of how this e-mail seems to show that Bob had
22  a version of the deck.  So most likely, I would
23  have shared with them:  These are the themes of
24  the strategic imperatives; these are the words;
25  are there better words; is there an unintended