# EXHIBIT G

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


-------------------------------x


UNITED STATES OF AMERICA

ex rel. JULIE LONG,

             Plaintiffs,

      vs.

JANSSEN BIOTECH, INC.,

             Defendant.


Civil Action No.:  16-12182-FDS


-------------------------------x




     VIDEOTAPED DEPOSITION OF MARTI HECKMAN

        Wednesday, May 22, 2024

         Conducted Remotely






REPORTED BY:

Christina Diaz, RDR CRC CRR RMR CSR-NY/NJ CLR

HUDSON COURT REPORTING & VIDEO  1-800-310-1769

**New York**
**212-273-9911**     **Hudson Court Reporting & Video**
**1-800-310-1769**     **New Jersey**
**732-906-2078**

1   decision to enter into that contract?

2        A.    No, I was not.

3        Q.    And I am referring specifically

4   -- I know that Janssen contracted with

5   Xcenda to provide site of care programming

6   such as proactive practice management and

7   emerging trends in healthcare, but right

8   now, I am focused on the contract related

9   to gastro business specialists, where they

10  contracted with Xcenda to provide a team to

11  assist gastroenterology practices with

12  opening an infusion suite in their

13  practice.

14        Do you recall that contract?

15        MR. DUNN:  Objection to form.

16        A.    I recall contracting with that

17  team.  That's not my recollection of their

18  responsibilities.

19  BY MR. PRESTON:

20        Q.    What is your recollection of the

21  responsibilities of the gastro business

22  specialists?

23        A.    They were an extension of our ABS

24  team using the same PRC-approved materials

25  and programs.