UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* JULIE LONG,<br><br>     *Plaintiffs,*<br><br>v.<br><br>JANSSEN BIOTECH, INC.,<br><br>     *Defendant.* | Civil Action No. 16-CV-12182-FDS |

### MOTION FOR LEAVE TO WITHDRAW BRADLEY E. MARKANO AS COUNSEL OF RECORD FOR DEFENDANT JANSSEN BIOTECH, INC.

Pursuant to Local Rule 83.5.2(c), Defendant Janssen Biotech Inc. ("Janssen") respectfully seeks leave of the Court to withdraw Bradley E. Markano as counsel of record for Janssen in the above-captioned matter. In support of this motion, the undersigned states as follows:

1. The Court granted Mr. Markano leave to appear *pro hac vice* for Janssen on December 5. ECF No. 421.

2. Covington & Burling LLP attorneys Ethan M. Posner, Matthew F. Dunn, Jason C. Raofield, Michael M. Maya, Nicholas Pastan, and Alison DiCiurcio have also entered appearances in this matter and will continue to represent Janssen.

3. Janssen consents to withdrawal of Mr. Markano from this case.

4. The withdrawal of Mr. Markano will not interfere with case deadlines, nor will it unduly prejudice any party in this matter.

In light of the foregoing considerations, and for good cause shown, the undersigned respectfully requests that the Court grant this motion.

|  |  |
|---|---|
| Dated: August 9, 2024 | Respectfully Submitted,<br><br>/s/ *Bradley E. Markano*<br>Bradley E. Markano (admitted *pro hac vice*)<br>Jason C. Raofield (BBO No. 641744)<br>Ethan M. Posner (admitted *pro hac vice*)<br>Matthew F. Dunn (admitted *pro hac vice*)<br>Nicholas Pastan (admitted *pro hac vice*)<br>Covington & Burling LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC  20001<br>(202) 662-6000<br>jraofield@cov.com<br>eposner@cov.com<br>mdunn@cov.com<br>npastan@cov.com<br><br>*Attorneys for Defendant Janssen Biotech, Inc.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                            */s/ Bradley E. Markano*
                                            Bradley E. Markano (admitted *pro hac vice*)
                                            Covington & Burling LLP