# EXHIBIT A

# Garfing, Scott

| | |
|---|---|
| **From:** | Theodore Leopold <tleopold@cohenmilstein.com> |
| **Sent:** | Friday, May 31, 2024 10:57 AM |
| **To:** | Raofield, Jason |

**[EXTERNAL]**

I had not drilled down on the 30b6 notice. Let me go through it. I hear and see the issues. Many of these can be addressed in other ways.

**Theodore Leopold**
Partner



**Cohen Milstein Sellers & Toll PLLC**

11780 U.S. Highway One  | Suite N500
Palm Beach Gardens, FL 33408

phone 561.515.1400
fax 561.515.1401

website  | map

*This e-mail was sent from Cohen Milstein Sellers & Toll PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible.*