# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------x

UNITED STATES OF AMERICA
ex rel. JULIE LONG,
Plaintiffs,
vs.
JANSSEN BIOTECH, INC.,
Defendant.

Civil Action No.: 16-12182-FDS

---------------------------------x

VIDEOTAPED DEPOSITION OF FREDDY JIMENEZ
Thursday, July 25, 2024
Conducted Remotely

REPORTED BY:
Christina Diaz, RDR CRC CRR RMR CSR-NY/NJ CLR
HUDSON COURT REPORTING & VIDEO 1-800-310-1769

July 25, 2024

9:04 A.M. E.S.T.

Videotaped deposition of FREDDY JIMENEZ, taken by plaintiffs, conducted remotely, before Christina Diaz, a Registered Diplomate Reporter, Certified Realtime Captioner, Certified Realtime and Registered Merit Reporter and Notary Public within and for the State of New York.

A P P E A R A N C E S

COHEN, MILSTEIN, SELLERS & TOLL, PLLC
Attorneys for Plaintiff Relator Julie Long
11780 U.S. Highway One
Suite N500
Palm Beach Gardens, FL 33408
561.515.1400
prazavi@cohenmilstein.com
BY: POORAD RAZAVI, ESQUIRE
- and -
Two Logan Square
100-120N 18th Street
Suite 1820
Philadelphia, PA 19102
atoric@cohenmilstein.com
BY: ADNAN TORIC, ESQUIRE
- and -
3 Logan Square
1717 Arch Street
Suite 36
Philadelphia, PA 19103
267.479.5700
cpreston@cohenmilstein.com
BY: CASEY M. PRESTON, ESQUIRE

A P P E A R A N C E S (Cont'd.)

COVINGTON & BURLING, LLP
Attorneys for Defendants and
Witness Janice Babia-Ramos
One City Center
850 Tenth Street, N.W.
Washington, D.C. 20001-4956
202.662.6000
jraofield@cov.com
lwilk@cov.com
npastan@cov.com
mdunn@cov.com
cdenig@cov.com
BY: JASON C. RAOFIELD, ESQUIRE
NICHOLAS PASTAN, ESQUIRE
MATTHEW F. DUNN, ESQUIRE
CHRISTOPHER N. DENIG, ESQUIRE
LAURA WILK, ESQUIRE
SCOTT GARFING, ESQUIRE

ALSO PRESENT:
PASHA KORNEYCHUK, Videographer

BY MR. RAZAVI:

Q. Sure. Would having input as to the antikickback or false claims implications as it pertains to ABS promotional strategies fall within the responsibility of the legal member or members of the PRC?

A. Yes. And other people consulted, yes.

Q. And the other people -- you are referring to other lawyers, correct?

A. Yes.

Q. Okay. Functionally, could any nonlegal member of the PRC override the legal members' conclusions regarding Antikickback Statute violations of any ABS materials or presentations?

A. Sorry. Could you repeat that.

Q. Sure. Again, this is functionally, basically an SOP question. Functionally, could any nonlegal member of the PRC override a legal member of the PRC's conclusions regarding Antikickback Statute violations of any ABS materials or presentations?

MR. RAOFIELD: So I do think that is functional. Out of an abundance of caution, I would say, this, again is one of these areas where we are not -- it's always hard to anticipate how something could later be used to say that we have waived privilege. We are not suggesting that we are offering any evidence relating to this. I understand you are just asking a question about functionally how PRC worked. So on that basis, I will allow him to answer the question.

A. I don't believe so.

BY MR. RAZAVI:

Q. Okay. Again, this is all functional that I am asking.

Was the legal member of the PRC the individual who was responsible for evaluating whether there was independent value for the ABS programs or services that are being provided through the site of care program?

MR. RAOFIELD: Let me read that question. I think that we have now