UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* JULIE LONG,<br><br>　　　　　　*Plaintiffs,*<br><br>　v.<br><br>JANSSEN BIOTECH, INC.,<br><br>　　　　　　*Defendant.* | Civil Action No. 16-CV-12182-FDS |

**JOINT MOTION FOR EXTENSION OF PHASE ONE DISCOVERY DEADLINE**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1, and for the reasons set forth in the accompanying Memorandum of Law in support of this Motion, Plaintiff-Relator Julie Long and Defendant Janssen Biotech, Inc. jointly request that the Court extend the deadline for the completion of Phase One fact discovery to December 30, 2024 and extend all subsequent case deadlines in a corresponding manner.

Dated: September 18, 2024

| /s/ Jason C. Raofield | /s/ Poorad Razavi |
|---|---|
| Jason C. Raofield (BBO No. 641744)<br>Matthew F. Dunn (admitted *pro hac vice*)<br>Nicholas O. Pastan (admitted *pro hac vice*)<br>Alison S. DiCiurcio (admitted *pro hac vice*)<br>Covington & Burling LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC  20001<br>(202) 662-6000<br>jraofield@cov.com<br>mdunn@cov.com<br>npastan@cov.com<br>adiciurcio@cov.com<br><br>*Attorneys for Defendant Janssen Biotech, Inc.* | Theodore J. Leopold (admitted *pro hac vice*)<br>Leslie M. Kroeger (admitted *pro hac vice*)<br>Diana L. Martin (admitted *pro hac vice*)<br>Poorad Razavi (admitted *pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>11780 U.S. Highway One, Suite N500<br>Palm Beach Gardens, FL 33408<br>(561) 515-1400<br>tleopold@cohenmilstein.com<br>lkroeger@cohenmilstein.com<br>dmartin@cohenmilstein.com<br>prazavi@cohenmilstein.com<br><br>Casey M. Preston (admitted *pro hac vice*)<br>Gary L. Azorsky (admitted *pro hac vice*)<br>Jeanne A. Markey (admitted *pro hac vice*)<br>Adnan Toric (admitted *pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>100-120 N. 18th Street, Suite 1820<br>Philadelphia, PA 19103<br>(267) 479-5700<br>cpreston@cohenmilstein.com<br>gazorsky@cohenmilstein.com<br>jmarkey@cohenmilstein.com<br>atoric@cohenmilstein.com<br><br>Jonathan Shapiro (BBO No. 454220)<br>SHAPIRO & TEITELBAUM LLP<br>55 Union Street, 4th Floor<br>Boston, MA 02108<br>(617) 742-5800<br>jshapiro@jsmtlegal.com<br><br>*Attorneys for Plaintiff-Relator Julie Long* |

**CERTIFICATE OF SERVICE**

      I hereby certify on this 18th day of September, 2024, that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                            */s/ Jason C. Raofield*
                                            Jason C. Raofield (BBO No. 641744)