UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* JULIE LONG,<br><br>        *Plaintiffs,*<br><br>v.<br><br>JANSSEN BIOTECH, INC.,<br><br>        *Defendant.* | Civil Action No. 16-CV-12182-FDS |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF PHASE ONE DISCOVERY DEADLINE**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1, and for the reasons set forth in the parties' Memorandum of Law, the Court hereby **GRANTS** the parties' Joint Motion for Extension of Phase One Discovery Deadline.

**IT IS THEREFORE ORDERED** that:

- Phase One fact discovery, other than third-party causation discovery, shall be completed by **December 30, 2024**.

- If Relator intends to call any trial experts whose testimony does not depend on the resolution of the causation standard issue, Relator shall designate such experts and make the disclosures required by Fed. R. Civ. P. 26(a)(2) by **January 27, 2025**.

- Any such experts disclosed by Relator shall be deposed by **March 3, 2025**.

- If Defendant intends to call any trial experts in response to such experts, Defendant shall designate such experts and make the disclosures required by Fed. R. Civ. P. 26(a)(2) by **March 24, 2025**.

- Any such experts disclosed by Defendant shall be deposed by **April 28, 2025**.

 

_____
F. Dennis Saylor IV
Chief Judge, United States District Court