UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* JULIE LONG,<br><br>*Plaintiffs,*<br><br>v.<br><br>JANSSEN BIOTECH, INC.,<br><br>*Defendant.* | Civil Action No. 16-CV-12182-FDS |

## MOTION TO ADMIT NICHOLAS E. BAER *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Jason C. Raofield, a member of the Bar of this Court, hereby moves for an order admitting *pro hac vice* Nicholas E. Baer as counsel for Defendant Janssen Biotech, Inc. A Certification of Nicholas E. Baer in support of this motion is attached hereto. Counsel for Plaintiff-Relator Julie Long do not oppose this motion.

Dated: November 15, 2024

Respectfully Submitted,

*/s/ Jason C. Raofield*
Jason C. Raofield (BBO No. 641744)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001
(202) 662-6000
jraofield@cov.com

*Counsel for Defendant Janssen Biotech, Inc.*

2

**CERTIFICATE OF SERVICE**

      I, Jason C. Raofield, counsel for Defendant Janssen Biotech, Inc., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                            */s/ Jason C. Raofield*
                                            Jason C. Raofield (BBO No. 641744)