## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* JULIE LONG,<br><br>*Plaintiffs,*<br><br>v.<br><br>JANSSEN BIOTECH, INC.,<br><br>*Defendant.* | Civil Action No. 16-CV-12182-FDS |

## CERTIFICATION OF NICHOLAS E. BAER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Nicholas E. Baer, hereby declare under penalty of perjury as follows:

1. I am an associate with the law firm Covington & Burling LLP, having offices located at 620 Eighth Avenue, New York, New York 10018. I make this certification in support of the motion for my admission *pro hac vice* in this matter on behalf of Defendant Janssen Biotech, Inc.

2. I am admitted to practice in the District of Columbia and the State of New York.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

7. I respectfully request that I be admitted to appear *pro hac vice* on behalf of Defendant Janssen Biotech, Inc. in this matter.

I declare that the foregoing is true and correct.

Signed under penalty of perjury this 15th day of November, 2024.

    Respectfully Submitted,

    */s/ Nicholas E. Baer*
    Nicholas E. Baer
    Covington & Burling LLP
    The New York Times Building
    620 Eighth Avenue
    New York, NY 10018
    (212) 841-1047
    NBaer@cov.com