# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* JULIE LONG,<br><br>*Plaintiffs,*<br><br>v.<br><br>JANSSEN BIOTECH, INC.,<br><br>*Defendant.* | Civil Action No. 16-CV-12182-FDS |

# [PROPOSED] ORDER

For good cause shown, the Motion to Admit Nicholas E. Baer *Pro Hac Vice* is hereby GRANTED. Nicholas E. Baer is admitted *pro hac vice* to represent Defendant Janssen Biotech, Inc. before this Court in connection with this action.

IT IS SO ORDERED.

_____
Hon. F. Dennis Saylor IV
Chief United States District Judge

DATED: _____, 2024