# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* JULIE LONG,<br><br>        *Plaintiffs,*<br><br>v.<br><br>JANSSEN BIOTECH, INC.,<br><br>        *Defendant.* | Civil Action No. 16-CV-12182-FDS |

## NOTICE OF APPEARANCE OF NICHOLAS E. BAER

Please enter the appearance of Nicholas E. Baer of the law firm Covington & Burling LLP as an attorney for Defendant Janssen Biotech, Inc. in the above-captioned matter.

Dated: December 5, 2024

Respectfully submitted,

*/s/ Nicholas E. Baer*
Nicholas E. Baer
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 841-1047
NBaer@cov.com

*Counsel for Defendant Janssen Biotech, Inc.*

## CERTIFICATE OF SERVICE

    I, Nicholas E. Baer, counsel for Defendant Janssen Biotech, Inc., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 5th day of December 2024.

                                            */s/ Nicholas E. Baer*
                                            Nicholas E. Baer
                                            Covington & Burling LLP