UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* JULIE LONG,<br><br>*Plaintiffs,*<br><br>v.<br><br>JANSSEN BIOTECH, INC.,<br><br>*Defendant.* | Civil Action No. 16-CV-12182-FDS |

# JOINT MOTION FOR EXTENSION/MODIFICATION OF PHASE ONE EXPERT DEADLINES

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1, and for the reasons set forth in the accompanying Memorandum of Law in support of this Motion, Plaintiff-Relator Julie Long and Defendant Janssen Biotech, Inc. jointly request that the Court extend and modify the deadlines for the Rule 30(b)(6) deposition of Janssen and Phase One expert disclosures and discovery as follows:

- The 30(b)(6) deposition of Janssen shall be **completed by May 20, 2025**.

- Relator shall designate her experts and make the disclosures required by Fed. R. Civ. P. 26(a)(2) **within 45 days of May 20, 2025**.

- If Defendant intends to call any trial experts, Defendant shall designate such experts and make the disclosures required by Fed. R. Civ. P. 26(a)(2) **within 75 days of the deadline for Relator's disclosures.**

- If Relator intends to call any trial experts in rebuttal to Defendant's experts' opinions, Relator shall designate such experts and make the disclosures required by Fed. R. Civ. P. 26(a)(2) **within 45 days of the deadline for Defendant's disclosures.**

- Any such experts disclosed by Relator and Defendant shall be deposed **within 60 days of the last occurring event above.**

1

- The parties reserve their rights to make discovery motions and seek reconsideration of this schedule for good cause in light of the First Circuit's ruling in *Regeneron* and the outcome of the Court's *in camera* review that is the subject of the Court's March 21, 2025 ruling, ECF No. 470.

Dated: April 1, 2025

| | |
|---|---|
| */s/ Jason C. Raofield* | */s/ Poorad Razavi* |
| Jason C. Raofield (BBO No. 641744) | Theodore J. Leopold (admitted *pro hac vice*) |
| Matthew F. Dunn (admitted *pro hac vice*) | Leslie M. Kroeger (admitted *pro hac vice*) |
| Nicholas O. Pastan (admitted *pro hac vice*) | Diana L. Martin (admitted *pro hac vice*) |
| Alison S. DiCiurcio (admitted *pro hac vice*) | Poorad Razavi (admitted *pro hac vice*) |
| Covington & Burling LLP | COHEN MILSTEIN SELLERS & TOLL PLLC |
| One CityCenter | 11780 U.S. Highway One, Suite N500 |
| 850 Tenth Street, NW | Palm Beach Gardens, FL 33408 |
| Washington, DC 20001 | (561) 515-1400 |
| (202) 662-6000 | tleopold@cohenmilstein.com |
| jraofield@cov.com | lkroeger@cohenmilstein.com |
| mdunn@cov.com | dmartin@cohenmilstein.com |
| npastan@cov.com | prazavi@cohenmilstein.com |
| adiciurcio@cov.com | |
| | Casey M. Preston (admitted *pro hac vice*) |
| *Attorneys for Defendant Janssen Biotech, Inc.* | Gary L. Azorsky (admitted *pro hac vice*) |
| | Jeanne A. Markey (admitted *pro hac vice*) |
| | Adnan Toric (admitted *pro hac vice*) |
| | COHEN MILSTEIN SELLERS & TOLL PLLC |
| | 100-120 N. 18th Street, Suite 1820 |
| | Philadelphia, PA 19103 |
| | (267) 479-5700 |
| | cpreston@cohenmilstein.com |
| | gazorsky@cohenmilstein.com |
| | jmarkey@cohenmilstein.com |
| | atoric@cohenmilstein.com |
| | |
| | Jonathan Shapiro (BBO No. 454220) |
| | SHAPIRO & TEITELBAUM LLP |
| | 55 Union Street, 4th Floor |
| | Boston, MA 02108 |
| | (617) 742-5800 |
| | jshapiro@jsmtlegal.com |
| | |
| | *Attorneys for Plaintiff-Relator Julie Long* |

## CERTIFICATE OF SERVICE

I hereby certify on this 1st day of April, 2025, that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                              */s/ Jason C. Raofield*
                                              Jason C. Raofield (BBO No. 641744)