UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* JULIE LONG,<br><br>     *Plaintiffs,*<br><br>v.<br><br>JANSSEN BIOTECH, INC.,<br><br>     *Defendant.* | Civil Action No. 16-CV-12182-FDS |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION/MODIFICATION OF PHASE ONE EXPERT DEADLINES**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1, and for the reasons set forth in the parties' Memorandum of Law, the Court hereby **GRANTS** the parties' Joint Motion for Extension/Modification of Phase One Expert Deadlines.

**IT IS THEREFORE ORDERED** that:

- The 30(b)(6) deposition of Janssen shall be **completed by May 20, 2025**.

- Relator shall designate her experts and make the disclosures required by Fed. R. Civ. P. 26(a)(2) **within 45 days of May 20, 2025**.

- If Defendant intends to call any trial experts, Defendant shall designate such experts and make the disclosures required by Fed. R. Civ. P. 26(a)(2) **within 75 days of the deadline for Relator's disclosures.**

- If Relator intends to call any trial experts in rebuttal to Defendant's experts' opinions, Relator shall designate such experts and make the disclosures required by Fed. R. Civ. P. 26(a)(2) **within 45 days of the deadline for Defendant's disclosures.**

- Any such experts disclosed by Relator and Defendant shall be deposed **within 60 days of the last occurring event above.**

- The parties may seek reconsideration of this schedule for good cause in light of the First Circuit's ruling in *Regeneron* and the outcome of the Court's *in camera* review that is the subject of the Court's March 21, 2025 ruling, ECF No. 470.

                                                         _____
                                                         F. Dennis Saylor IV
                                                         Chief Judge, United States District Court