UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* JULIE LONG,<br><br>*Plaintiffs,*<br><br>v.<br><br>JANSSEN BIOTECH, INC.,<br><br>*Defendant.* | Civil Action No. 16-CV-12182-FDS |

**JOINT MOTION FOR EXTENSION OF PHASE ONE EXPERT DEADLINES**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1, and for the reasons set forth in the accompanying Memorandum of Law in support of this Motion, Plaintiff-Relator Julie Long ("Relator") and Defendant Janssen Biotech, Inc. ("Janssen") jointly request that the Court extend the deadlines for Phase One expert disclosures and discovery as follows:

- Janssen shall designate experts and make the disclosures required by Fed. R. Civ. P. 26(a)(2) by **Monday, October 6, 2025**.

- Relator shall designate rebuttal experts and make the disclosures required by Fed. R. Civ. P. 26(a)(2) by **Wednesday, November 26, 2025**.

- Any experts disclosed by Relator and Janssen shall be deposed by **January 30, 2026**.

1

Dated: August 15, 2025

| | |
|---|---|
| */s/ Jason C. Raofield* | */s/ Poorad Razavi* |
| Jason C. Raofield (BBO No. 641744) | Theodore J. Leopold (admitted *pro hac vice*) |
| Matthew F. Dunn (admitted *pro hac vice*) | Leslie M. Kroeger (admitted *pro hac vice*) |
| Nicholas O. Pastan (admitted *pro hac vice*) | Diana L. Martin (admitted *pro hac vice*) |
| Alison S. DiCiurcio (admitted *pro hac vice*) | Poorad Razavi (admitted *pro hac vice*) |
| Covington & Burling LLP | COHEN MILSTEIN SELLERS & TOLL PLLC |
| One CityCenter | 11780 U.S. Highway One, Suite N500 |
| 850 Tenth Street, NW | Palm Beach Gardens, FL 33408 |
| Washington, DC 20001 | (561) 515-1400 |
| (202) 662-6000 | tleopold@cohenmilstein.com |
| jraofield@cov.com | lkroeger@cohenmilstein.com |
| mdunn@cov.com | dmartin@cohenmilstein.com |
| npastan@cov.com | prazavi@cohenmilstein.com |
| adiciurcio@cov.com | |

*Attorneys for Defendant Janssen Biotech, Inc.*

Casey M. Preston (admitted *pro hac vice*)
Gary L. Azorsky (admitted *pro hac vice*)
Jeanne A. Markey (admitted *pro hac vice*)
Adnan Toric (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
100-120 N. 18th Street, Suite 1820
Philadelphia, PA 19103
(267) 479-5700
cpreston@cohenmilstein.com
gazorsky@cohenmilstein.com
jmarkey@cohenmilstein.com
atoric@cohenmilstein.com

Jonathan Shapiro (BBO No. 454220)
SHAPIRO & TEITELBAUM LLP
55 Union Street, 4th Floor
Boston, MA 02108
(617) 742-5800
jshapiro@jsmtlegal.com

*Attorneys for Plaintiff-Relator Julie Long*

## **CERTIFICATE OF SERVICE**

I hereby certify on this 15th day of August, 2025, that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                         */s/ Jason C. Raofield*
                                         Jason C. Raofield (BBO No. 641744)