**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* JULIE LONG, <br><br> *Plaintiffs,* <br><br> v. <br><br> JANSSEN BIOTECH, INC., <br><br> *Defendant.* | Civil Action No. 16-CV-12182-FDS |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR**
**EXTENSION OF PHASE ONE EXPERT DEADLINES**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1, and for the reasons set forth in the parties' Memorandum of Law, the Court hereby **GRANTS** the parties' Joint Motion for Extension of Phase One Expert Deadlines.

**IT IS THEREFORE ORDERED** that:

- Janssen shall designate experts and make the disclosures required by Fed. R. Civ. P. 26(a)(2) by **Monday, October 6, 2025**.

- Relator shall designate rebuttal experts and make the disclosures required by Fed. R. Civ. P. 26(a)(2) by **Wednesday, November 26, 2025**.

- Any experts disclosed by Relator and Janssen shall be deposed by **January 30, 2026**.

<br>

                                                               F. Dennis Saylor IV
                                                               Chief Judge, United States District Court