**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

THE UNITED STATES OF AMERICA, *ex rel.*
JULIE LONG,

          *Plaintiffs,*

    v.

JANSSEN BIOTECH, INC.,

          *Defendant.*

Civil Action No. 16-CV-12182-FDS

## MOTION TO PROCEED WITH SUMMARY JUDGMENT MOTIONS HEARING AS SCHEDULED

Defendant Janssen Biotech, Inc. ("Janssen") respectfully requests that the Court proceed with the Summary Judgment Motions hearing as scheduled on May 14, 2026.

Following Janssen's Notice of Constitutional Challenge pursuant to Federal Rule of Civil Procedure 5.1, Dkt. No. 589, the Government advised that it was weighing whether to intervene in this case to address the constitutional questions raised by Janssen's argument that "the *qui tam* provisions violate Article II's Appointments, Vesting, and Take Care Clauses." Dkt. No. 615 at 1. The Government flagged that its intervention deadline is sixteen days after the currently scheduled Summary Judgment Motions hearing. *Id.* at 2.

The issues in this case have been extensively briefed and are ripe for review. Proceeding with oral argument as scheduled may facilitate a focused resolution of the summary judgment motions without prolonging pretrial proceedings. Indeed, if the Court grants summary judgment to Janssen, the issue of the constitutionality of the qui tam provisions need not be reached.

In the interest of expeditiously resolving the pending summary judgment motions without unnecessary delay, Janssen respectfully requests that the merits hearing proceed as scheduled. If the Government decides to intervene on the issue of the constitutionality of the *qui tam* provisions,

and the Court determines that a hearing on the constitutional issue would be helpful, Janssen respectfully suggests that any such hearing may be scheduled separately at a later date and limited to that discrete issue.  Janssen asked Relator's counsel for their position on this motion.  Their response was that Relator takes no position on the motion.

Dated:  April 17, 2026

Respectfully Submitted,

/s/ Jason C. Raofield

Jason C. Raofield (BBO No. 641744)
Matthew F. Dunn (admitted *pro hac vice*)
Krysten Rosen Moller (admitted *pro hac vice*)
Mark W. Mosier (admitted *pro hac vice*)
Andrew P. Stanner (admitted *pro hac vice*)
Nicholas Pastan (admitted *pro hac vice*)
Alison S. DiCiurcio (admitted *pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
jraofield@cov.com
mdunn@cov.com
krosenmoller@cov.com
mmosier@cov.com
astanner@cov.com
npastan@cov.com
adiciurcio@cov.com

*Attorneys for Defendant Janssen Biotech, Inc.*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify on this 17th day of April, 2026, that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Jason C. Raofield*
Jason C. Raofield (BBO No. 641744)

3