**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE UNITED STATES OF AMERICA *et al.* *ex rel.* JULIE LONG,<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN BIOTECH, INC.,<br><br>Defendant. | Civil Action No. 16-CV-12182-FDS |

**PLAINTIFF-RELATOR'S MOTION TO COMPEL FULL DISCLOSURE OF LEGAL REVIEWS OR, IN THE ALTERNATIVE, TO PRECLUDE RELIANCE ON PRC APPROVAL**

Pursuant to Federal Rule of Civil Procedure 37(a), Plaintiff-Relator Julie Long respectfully moves for an order compelling Defendant Janssen Biotech, Inc., to fully disclose the attorney-client communications and attorney reviews and analyses concerning the legality or illegality, including compliance with the Anti-Kickback Statute ("AKS"), 42 U.S.C. § 1320a-7b, of Janssen's provision of the Site of Care ("SOC") Programs and the materials Janssen utilized in providing the SOC Programs to physician practices free of charge. The requested relief is necessary because Janssen has expressly and/or impliedly waived the attorney-client privilege by partially disclosing and affirmatively using in support of its defenses, including in its motion for summary judgment and expert opinions, selective legal advice it received from lawyers in the form of Promotional Review Committee ("PRC") approvals of the SOC Program materials in an attempt to suggest and imply that the PRC included a lawyer who reviewed the SOC Programs for compliance with the AKS and approved the programs. Janssen's use of the privilege as a sword and shield must be remedied to prevent unfairness and substantial prejudice to the truth-seeking process.

In the alternative, Relator requests that the Court preclude Janssen from relying on PRC approvals or making any assertion that the SOC Program materials or SOC Programs were "approved" in support of its defenses.

For the reasons set forth in the accompanying Memorandum of Law in support of this motion, Relator requests that this motion be granted.

## REQUEST FOR ORAL ARGUMENT

Relator requests oral argument on this motion.

DATED: April 29, 2026

Respectfully submitted,

 /s/   *Theodore J. Leopold*
Theodore J. Leopold (admitted pro hac vice)
Leslie M. Kroeger (admitted pro hac vice)
Poorad Razavi (admitted pro hac vice)
Diana L. Martin (admitted pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400
tleopold@cohenmilstein.com
lkroeger@cohenmilstein.com
prazavi@cohenmilstein.com
dmartin@cohenmilstein.com

Casey M. Preston (admitted pro hac vice)
Gary L. Azorsky (admitted pro hac vice)
Jeanne A. Markey (admitted pro hac vice)
Adnan Toric (admitted pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
100-120 N. 18th Street, Suite 1820
Philadelphia, PA 19103
(267) 479-5700
cpreston@cohenmilstein.com
gazorsky@cohenmilstein.com
jmarkey@cohenmilstein.com
atoric@cohenmilstein.com

Jonathan Shapiro (BBO No. 454220)
SHAPIRO & TEITELBAUM LLP
55 Union Street, 4th Floor
Boston, MA 02108
(617) 742-5800
jshapiro@jsmtlegal.com

***Counsel for Plaintiff-Relator Julie Long***

## LOCAL RULE 7.1 CERTIFICATION

In accordance with Local Rule 7.1(a)(2), counsel for Plaintiff-Relator Julie Long certifies that Janssen has repeatedly advised Relator's counsel that it is opposed to the relief Relator seeks herein. Janssen's objection to the requested relief is demonstrated, most recently, in its briefing in support of its pending Motion to Deem Admitted or Strike Portions of Relator's Statement of Disputed Material Facts in which it seeks to bar Relator from even requesting the relief she seeks here without prior leave of Court. *See* Doc. No. 591 at 14-15; Doc. No. 628 at 4-5.

/s/ *Theodore J. Leopold*
Theodore J. Leopold

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Theodore J. Leopold*
Theodore J. Leopold

3