**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

THE UNITED STATES OF AMERICA, *ex rel.*
JULIE LONG,

         *Plaintiffs,*

    v.

JANSSEN BIOTECH, INC.,

         *Defendant.*

Civil Action No. 16-CV-12182-FDS

**DEFENDANT JANSSEN BIOTECH, INC'S UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED REPLY IN SUPPORT OF STATEMENT OF UNDISPUTED MATERIAL FACTS AND RESPONSE TO RELATOR'S STATEMENT OF DISPUTED FACTS (DKT. NO. 617)**

Defendant Janssen Biotech, Inc. ("Janssen") respectfully moves for leave to file a corrected version of its Reply in Support of Statement of Undisputed Material Facts and Response to Relator's Statement of Disputed Facts (Dkt. No. 617).

Since filing its Reply, Janssen has identified a limited number of instances in which its citations to deposition transcripts either reference the incorrect docket number of the filed deposition transcripts or cite to pages of the transcripts that were not included in the exhibits previously filed with the Court. Janssen has also identified a few other errors with citations and typographical errors.

A redline illustrating Janssen's proposed corrections to the Reply is attached as Exhibit A. The proposed corrections seek to fix citation or typographical errors only; they are not meant to change the substance of Janssen's Reply or introduce any new facts, evidence, or arguments. As such, Janssen seeks leave to file a corrected version of the Reply, attached as Exhibit B, to ensure the accuracy and clarity of the record and to facilitate the Court's review of its Motion for

1

Summary Judgment.  With this corrected Reply, Janssen will also file five additional exhibits containing pages of deposition transcripts that were cited in its Reply but not previously filed with the Court, attached as Exhibit C.

The proposed corrected Reply and additional exhibits do not change the substance of Janssen's arguments, disrupt the current case schedule, or prejudice Relator in any way.  Counsel for Relator has consented to the filing of the corrected Reply and additional exhibits.  Therefore, Janssen respectfully requests that the Court grant it leave to file a Corrected Reply in Support of Statement of Undisputed Material Facts and Response to Relator's Statement of Disputed Facts.


Dated: May 1, 2026

*/s/ Jason C. Raofield*
Jason C. Raofield (BBO No. 641744)
Matthew F. Dunn (admitted *pro hac vice*)
Krysten Rosen Moller (admitted *pro hac vice*)
Mark W. Mosier (admitted *pro hac vice*)
Andrew P. Stanner (admitted *pro hac vice*)
Nicholas Pastan (admitted *pro hac vice*)
Alison S. DiCiurcio (admitted *pro hac vice*)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
jraofield@cov.com
mdunn@cov.com
krosenmoller@cov.com
mmosier@cov.com
astanner@cov.com
npastan@cov.com
adiciurcio@cov.com

*Attorneys for Defendant Janssen Biotech, Inc.*

2

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), counsel for Janssen conferred with counsel for Relator regarding the foregoing Motion.  Counsel for Relator advised that it has no objection to the Motion.

/s/ Jason C. Raofield<br>
Jason C. Raofield (BBO No. 641744)

## CERTIFICATE OF SERVICE

I hereby certify on this 1st day of May, 2026, that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Jason C. Raofield<br>
Jason C. Raofield (BBO No. 641744)