**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA *ex rel.* JULIE LONG

        *Plaintiffs*,

        v.

JANSSEN BIOTECH, INC.

        *Defendant.*

Civil Action No. 16-CV-12182-FDS

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.5.2(c), Defendant Janssen Biotech Inc. ("Janssen") respectfully seeks leave of the Court to withdraw Sumner T. Truax as counsel of record for Janssen in the above-captioned matter.  In support of this motion, the undersigned states as follows:

1.  The Court granted Mr. Truax leave to appear *pro hac vice* for Janssen on March 27, 2026, ECF No. 592.

2.  Covington & Burling attorneys Jason Raofield, Mark Mosier, Matthew Dunn, Alison DiCiurcio, Andrew Stanner, Krysten Rosen Moller, Michael Maya, Nicholas Baer, and Nicholas Pastan have also entered appearances in this matter and will continue to represent Janssen.

3.  Janssen consents to the withdrawal of Mr. Truax from this case.

4.  Mr. Truax's withdrawal will not interfere with case deadlines, nor will it unduly prejudice any party in this matter.

In light of the foregoing considerations, and for good cause shown, the undersigned respectfully requests that the Court grant this motion.

Dated: June 2, 2026

Respectfully Submitted,

*/s/ Jason C. Raofield*
Jason C. Raofield
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
jraofield@cov.com

## CERTIFICATE OF SERVICE

I hereby certify on this 2nd day of June, 2026, that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Jason C. Raofield*
Jason C. Raofield
Covington & Burling LLP