**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

THE UNITED STATES OF AMERICA, et al., ex rel. JULIE LONG,

Plaintiff(s)

v.

CIVIL ACTION NO. 1:16-12182-FDS

JANSSEN BIOTECH INC.

Defendant(s)

**JUDGMENT IN A CIVIL CASE**

SAYLOR, J.

**IT IS ORDERED AND ADJUDGED:**

In accordance with the court's MEMORANDUM & ORDER (Dkt. No. 670), dated October 1, 2026, the defendant's motion for Summary Judgment is GRANTED.

**Judgment shall enter for the defendants.**

ROBERT M. FARRELL
CLERK OF COURT

Dated: 10/6/2026

/s/ Matthew McKillop
Deputy Clerk